# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Crim. No. 18-CR-53 |
| | ) | |
| **FIROZ PATEL,** | ) | Judge Kitanji Brown Jackson |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO PERMIT TRAVEL

Defendant FIROZ PATEL, by and through counsel, respectfully asks this Court for permission to travel by plane from his residence in Canada to Dubai U.A.E. on Wednesday, January 29, 2020 through Tuesday, February 4, 2020. The purpose of the travel is for Mr. Patel to attend business meetings.

1. On or about January 15, 2019, Mr. Patel appeared before the Court and was arraigned in the above-captioned case. He posted at $300,000 cash bond and was ordered, *inter alia*, to seek Court approval for any travel outside of Canada, where he currently resides, and to appear at all Court hearings.

2. There is a status hearing currently set for February 17, 2020.

3. The Court previously allowed Mr. Patel to travel to Dubai for business and he is seeking the Court's permission to allow him to attend meetings again later this month. If the Court were to allow him to travel, he would leave Canada on January 29, 2020 and would return from Dubai on February 4, 2020.

4. If the Court were to grant permission, he would provide a copy of a travel itinerary to his pretrial services officer with the specifications of the trip.

5. Government counsel Zia Faruqui does not oppose the request.

WHERFORE, based on the foregoing good cause, Defendant respectfully requests that this Court grant him permission to travel from Canada to Dubai U.A.E. from January 29, 2020 through February 4, 2020.

Date:  January 16, 2020

Respectfully submitted,

Firoz Patel,
By Counsel,

/s/
Danny C. Onorato, D.C. Bar No. 480043
Schertler & Onorato, L.L.P.
901 New York Avenue, N.W.
Suite 500
Washington, D.C. 20001
*202-628-4199  telephone*
*202-628-4177  facsimile*
*Counsel for Defendant Mr. Patel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January, 2020, I electronically filed a true copy of the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties.

                /s/
Danny C. Onorato, D.C. Bar No. 480043
Schertler & Onorato, L.L.P.
901 New York Avenue, N.W.
Suite 500
Washington, D.C. 20001
*202-628-4200  telephone*
*202-628-4178  facsimile*
*Counsel for Defendant Mr. Patel*