# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 18-cr-053-2 (KBJ) |
| ) | |
| FIROZ PATEL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant's [75] Unopposed Motion to Permit Travel, it is hereby

**ORDERED** that Defendant's [75] Unopposed Motion to Permit Travel is **GRANTED**, and that Defendant is permitted to travel from Canada to Dubai U.A.E. on January 29, 2020, and to return to Canada on February 4, 2020. Prior to travel, Defendant shall provide a copy of his flight itinerary to the Pretrial Services Office, and he shall check in by telephone with his Pretrial Services Officer within 24 hours of completion of his travel.

All other conditions of release that this Court previously set remain in full effect.

Date:  January 23, 2020

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge