# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : CR. NO. 18-cr-053 (KBJ) |
| | : |
| **MH PILLARS LTD, ET AL.** | : |
| | : |
| **Defendant.** | : |

## JOINT STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this status report:

1. On April 10, 2020, this Court adopted Chief Judge Beryl Howell's Standing Order regarding Extension of Postponed Court Proceedings in Standing Order 20-9 and Limiting Court Operations in Exigent Circumstances Created by the COVID-19 Pandemic. That Order presumptively postponed all proceedings until at least June 1, 2020, in light of the ongoing COVID-19 pandemic.

2. This Court further ordered that on or before May 15, 2020, the parties were to file a joint status report that updated this Court as to any developments in this matter, that specified what type of proceeding the Court should set following the postponement period (status conference, plea, etc.), and that included three proposed dates, after June 1, 2020, on which the parties would be available for a reset hearing.

3. The parties have come to an agreement as to a disposition of the instant matter, and have agreed upon plea documents, which the parties will separately submit to Chambers.

4. As such, the parties request that the Court set a plea hearing in this matter for June 22, 23, or 24, subject to the Court resuming normal operations by that time.

5.      The Defendants are willing to waive their rights to Speedy Trial through the plea hearing date.

WHEREFORE, the parties respectfully request that this Court set change of plea hearings in this matter for June 22, 23, or 24, 2020, and make a finding in the interest of justice to toll the defendants' Speedy Trial rights until such time.

                                            Respectfully submitted,

                                            TIMOTHY J. SHEA
                                            United States Attorney

By:      /s/ *Zia Faruqui*
        ZIA M. FARUQUI, D.C. Bar No. 494990
        Assistant United States Attorney
        555 Fourth Street, N.W., Fourth Floor
        Washington, D.C. 20530
        Telephone: (202) 252-7117
        zia.faruqui@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2020, the foregoing Status Report was served via the CM/ECF system on all counsel of record.

                                                          /s/ *Zia Faruqui*
                                            ZIA M. FARUQUI