UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs().                                                    Criminal Case No. 18-053-(2) (KBJ)

FIROZ PATEL (2)

## WAIVER OF INDICTMENT

I, **FIROZ PATEL**, the above-name defendant, who is accused of

18 U.S.C. § 371 (Conspiracy); Forfeiture: 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853(p)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **July 16, 2020,** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Ketanji Brown Jackson_          Date: _July 16, 2020_
Ketanji B. Jackson, U.S. District Court Judge