UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FIROZ PATEL,<br><br>Defendant. | Criminal No.   18-053-2 (KBJ) |

**CONSENT FINAL ORDER OF FORFEITURE**

*WHEREAS*, a written plea agreement was filed with this Court and signed by the defendant and defense counsel in which the defendant agreed to plead guilty to Count One of the Information charging the offense of conspiracy to commit offenses against the United States, in violation of Title 18, United States Code, Section 371 and the defendant has pled guilty to that offense;

*WHEREAS*, the Information alleged the forfeiture of property, that is, forfeiture of any property, real or personal, involved in the commission of Count One, and any property traceable to such property, which property is subject to forfeiture, pursuant to Title 18, United States Code, Section 982(a)(1);

*WHEREAS*, the Information further alleged that the United States will seek a forfeiture money judgment against the defendant for a sum of money equal to the value of any property, real or personal, involved in the commission of Count One, and any property traceable to such property, upon conviction of the offense in Count One;

*WHEREAS*, in the defendant's plea agreement, the defendant agreed to entry of a forfeiture money judgment for a sum of money equal to the value of seized and restrained property

1

by the government, which properties include: $4,000,100 of Payza funds seized on or about November 2013; $100,000 of Payza funds seized on or about February 2014; $250,359.45 of Payza funds seized on or about June 2016; all funds restrained on or about December 2016 in the United Kingdom from accounts at Global Reach Partners related to Payza in the name of Damaras Limited; all funds restrained on or about June 2017 in the United Kingdom from accounts at HSBC bank related to Payza in the name of Damaras Limited; $270,000 of Payza funds seized in or about April 2019; the Payza.com domain; and the AlertPay.com domain.

**WHEREAS**, the defendant has agreed that the following specific property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1): $4,000,100 of Payza funds seized on or about November 2013; $100,000 of Payza funds seized on or about February 2014; $250,359.45 of Payza funds seized on or about June 2016; all funds restrained on or about December 2016 in the United Kingdom from accounts at Global Reach Partners related to Payza in the name of Damaras Limited; all funds restrained on or about June 2017 in the United Kingdom from accounts at HSBC bank related to Payza in the name of Damaras Limited; $270,000 of Payza funds seized in or about April 2019; the Payza.com domain; and the AlertPay.com domain;

**WHEREAS**, in signing his plea agreement, the defendant has waived any and all interest he has in the specific assets or properties identified above and consented to their forfeiture by whatever process the government chooses; has agreed that the government may use this waiver and consent in any administrative or judicial forfeiture proceeding, whether criminal or civil, state, local or federal; has agreed that he will not file a claim to any of these assets or properties in any future forfeiture proceeding of whatever type; has agreed that if he has already filed a claim to any of these assets or properties in any forfeiture process, to withdraw such claim; and has agreed that

if the law enforcement agency having custody of these assets or properties decides not to pursue forfeiture of these assets or properties, the defendant hereby abandons any interest he has in such assets or properties and consents to their utilization or destruction by the law enforcement agency.

*WHEREAS*, pursuant to Rule 32.2(b)(1) & (b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea hearing, that: (1) any property, real or personal, involved in the commission of Count One, and any property traceable to such property is subject to forfeiture; and (2) a personal money judgment against the defendant to be determined at sentencing is appropriate, all pursuant to Title 18, United States Code, Section 982(a)(1), and that the above-described specific property is subject to forfeiture, for which the government has established the requisite nexus between these properties and the charged offense;

*WHEREAS*, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

*WHEREAS*, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED*:

1. That the following property is declared forfeited to the United States: any property, real or personal, involved in the commission of Count One, and any property traceable to such property pursuant to Title 18, United States Code, Section 982(a)(1). The following specific property is declared forfeited: $4,000,100 of Payza funds seized on or about November 2013; $100,000 of Payza funds seized on or about February 2014; $250,359.45 of Payza funds seized on

or about June 2016; all funds restrained on or about December 2016 in the United Kingdom from accounts at Global Reach Partners related to Payza in the name of Damaras Limited; all funds restrained on or about June 2017 in the United Kingdom from accounts at HSBC bank related to Payza in the name of Damaras Limited; $270,000 of Payza funds seized in or about April 2019; the Payza.com domain; and the AlertPay.com domain.

2. A forfeiture money judgment for a sum of money that is equal to the value of seized property described above shall be determined and entered at sentencing.

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

4. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and the defendant's consent, this Order of Forfeiture is now final as to the defendant and shall be made part of the sentence and included in the judgment.

5. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

6. The Clerk of the Court shall forward a certified copy of this Order to Assistant United States Attorney Zia Faruqui at USADC.AFMLS2@usdoj.gov.

Dated this   17th   day of August, 2020.

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
UNITED STATES DISTRICT JUDGE`