UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 18-cr-053 (KBJ) |
| ) | |
| FIROZ PATEL and FERHAN PATEL, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Emergency Joint Motion to Delay Self-Surrender Date (ECF No. 146), and for good cause having been shown, it is hereby

**ORDERED** that Defendants' Emergency Joint Motion (ECF No. 146) is **GRANTED**. It is

**FURTHER ORDERED** that the Self-Surrender deadline for Firoz Patel and Ferhan Patel is extended to June 11, 2021. It is

**FURTHER ORDERED** that Defendants will Self-Surrender at FCI Danbury. It is

**FURTHER ORDERED** that Bureau of Prisons shall not seek to obtain a warrant for Defendants' "failure" to Self-Surrender on May 26, 2021, as they were refused entry into the United States by United States Custom and Border Protection.

Date: May 27, 2020

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge