### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 18-cr-00053-KBJ |
| | : |
| **MH PILLARS LTD, ET AL.,** | : |
| | : |
| **Defendant.** | : |

### MOTION FOR RETURN OF BOND

Defendants Firoz and Ferhan Patel, by and through undersigned counsel, respectfully moves the Court to return his bond. In support of this motion, undersigned counsel states as follows:

1. On or about January 15, 2019, Mr. Patel appeared before the Court and was arraigned in the above-captioned case. He posted a $300,000 cash bond which served to secure the appearance of Mr. Patel and his brother, Ferhan Patel, at all future proceedings before the Court. The money was to be released after Mr. Patel and his brother reported to the Bureau of Prisons to begin service of any sentence.

2. The Defendants were sentenced to periods of incarceration on November 10, 2020, and fully complied with the conditions of the bond by self-surrendering to FCI Danbury on June 10, 2021 to commence service of their respective sentences.

3. Thus, it is no longer necessary to hold the bond as collateral and the Defendants request that the bond be disbursed to the law firm of counsel for Firoz Patel so the funds can be returned their family.

4. The Government does not object to this motion.

WHEREFORE, Defendant respectfully requests that the Clerk of this court make the above-mentioned disbursement.

Dated: July 14, 2021               Respectfully submitted,

/s/ Danny C. Onorato
Danny C. Onorato (DC Bar # 480043)
SCHERTLER ONORATO MEAD & SEARS, LLP
901 New York Avenue NW
Suite 500
Washington, D.C.  20001
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

*Counsel for Firoz Patel*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 14, 2021, I caused a copy of Defendant's Motion to Return Bond to be served on the government via email and ECF to the following address:

Arvind Lal
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Arvind.Lal@usdoj.gov

                                                              /s/ Danny C. Onorato
                                                              Danny C. Onorato (DC Bar # 480043)
                                                              Schertler Onorato Mead & Sears, LLP
                                                              901 New York Avenue NW
                                                              Suite 500
                                                              Washington, D.C.  20001
                                                             Telephone: (202) 628-4199
                                                             Facsimile: (202) 628-4177

                                                             *Counsel for Firoz Patel*